Dr. Paul F. Rosenstein and Wanda Rosenstein, h/w as parents and natural guardians of Michelle Karin Rosenstein, Appellants, *v.* The North Penn School District, John G. Skibbe, Robert A. DiDomizio, John H. Bell, Joan K. Gauker, Mary E. Gehman, S. Gregory Golazeski, Robert L. Kagler, Roy S. Myers and Carl D. Rohrbach, individually and severally as members of the North Penn School District Board of School Directors, W. J. Jacobs, John I. Weierman, Dr. Leonard A. Mollenkof and Dr. William D. Westcott, Appellees.

Argued April 4, 1975, before Judges CRUMLISH, JR., MENCER and ROGERS, sitting as a panel of three.

*Stephen R. Signore, Jr.,* with him *McCarthy, King, Narducci & Signore,* for appellants.

*Charles Potash,* with him *Raymond Pearlstine,* and *Wisler, Pearlstine, Talone, Craig & Garrity,* for appellees.

PER CURIAM OPINION, May 28, 1975:

We have carefully read the record and considered the contentions advanced by Dr. Paul F. Rosenstein and Wanda Rosenstein, husband and wife, as parents and

natural guardians of Michelle Karin Rosenstein, appellants here. We conclude that the court below not only rendered the correct decision but adequately stated the reasons for that decision in its opinion. Accordingly, we hereby affirm on the well-reasoned opinion of Judge LOWE for the court below which is reported at 99 Mont. Co. L.R. 1 (1975).

Order affirmed.